UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED 07 DEC '17 16:06 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:17-CR-442-BR |
| v. | INFORMATION |
| CHRISTOPHER RYAN PONTE, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

**COUNT 1**
**(Felon in Possession of Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about January 28, 2017, in the District of Oregon, defendant **CHRISTOPHER RYAN PONTE,** having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: on or about January 8, 2016, in Clackamas County Circuit Court, Case Number CR 15-01721, for Possession of a Stolen Vehicle; did knowingly and unlawfully possess the following firearms:

(1) An IWI 9x19mm Uzi Pro Pistol, serial number U0002838;
(2) An SAR 3 556x45mm assault rifle, serial number S3-09331-2002; and
(3) A Mossberg 500 12 gauge shotgun, serial number U386057.

which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

Dated this 7th day of December 2017.

BILLY J. WILLIAMS
United States Attorney

TOM RATCLIFFE
Assistant United States Attorney