IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>CHRISTOPHER RYAN PONTE,<br><br>                      Defendant. | No. 3:17-cr-00442-1-HZ<br><br>ORDER VACATING JUDGMENT AND COMMITMENT ORDER PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING IMMEDIATE RELEASE FROM CUSTODY |

      This matter having come before the Court on the motion of Defendant Christopher Ryan Ponte to vacate and set aside his judgment and commitment order and for immediate release from custody, and the government having indicated its agreement that the motion should be granted, and the Court having found that the interests of justice warrant the requested actions,

      IT IS HEREBY ORDERED that the information in this case is dismissed and the second amended judgment and commitment order entered on July 23, 2018, is vacated;

      IT IS FURTHER ORDERED that the Attorney General and the Bureau of Prisons shall release Mr. Ponte from custody and all supervision and restraint forthwith.

      DATED this 22 day of January, 2019.

                                                  _____<br>
                                                  Honorable Marco A. Hernandez<br>
                                                  United States District Judge

Submitted By:

/s/ Susan F. Wilk
Susan F. Wilk
Attorney for Defendant

Page 1    ORDER VACATING SECOND AMENDED JUDGMENT AND COMMITMENT ORDER PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING IMMEDIATE RELEASE FROM CUSTODY